Kevin FOX, Plaintiff–Appellee,

v.

ALLIED–SIGNAL, INC., f/k/a Garrett Alresearch Manufacturing Co. of California, Defendant–Appellant.

No. 91–5587.

United States Court of Appeals, Eleventh Circuit.

Nov. 17, 1993.

Linda Singer Stein, J. Thompson Thornton, Thornton, David, Murray, Richard & Davis, P.A., Miami, FL, for defendant-appellant.

G. William Bissett, Hardy & Bissett, P.A., Miami, FL, Donald T. Norton, co-counsel, Cohen & Cohen, Hollywood, FL, for plaintiff-appellee.

Before FAY and BIRCH, Circuit Judges, and DYER, Senior Circuit Judge.

FAY, Circuit Judge:

Following oral argument in this case, we certified the following question of law to the Florida Supreme Court:

Whether the interpretation of Fla.Stat. § 768.81(3) requires consideration by the jury of a non-party's comparative fault in order to determine a party's liability?

*Fox v. Allied–Signal, Inc.*, 966 F.2d 626, 628 (11th Cir.1992). That opinion contains a summary of the facts, which need not be repeated here.

The Florida Supreme Court has now answered the certified question in the affirmative. *Allied Signal, Inc. v. Fox*, 623 So.2d 1180, 1182 (Fla.1993). We VACATE the district court judgment in this case and RE-MAND for a retrial in accordance with the Florida law as announced.

VACATED and REMANDED.